1  STEPHANIE YONEKURA
   Acting United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   ROGER E. WEST
4  Assistant United States Attorney
   First Assistant Chief, Civil Division
5  California Bar No. 58609
        Room 7516, Federal Building
6       300 North Los Angeles Street
        Los Angeles, California 90012
7       Telephone: (213) 894-2461
        Facsimile: (213) 894-7819
8       E-mail:    roger.west4@usdoj.gov

9  Attorneys for the United States of America

Lodged proposed Order

FILED
CLERK, U.S. DISTRICT COURT
JUN 16 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

IN RE:

LETTERS ROGATORY FROM THE RECHTBANK AMSTERDAM CIVIL BENCH, NETHERLANDS

) CV MISC. NO.  MC15-00207-RAO
)
) APPLICATION FOR ORDER
) APPOINTING THE ASSISTANT
) UNITED STATES ATTORNEY AS
) COMMISSIONER
)
) (28 U.S.C. § 1782)
)

   The United States of America by the undersigned, Stephanie Yonekura, Acting United States Attorney for the Central District of California, by Leon W. Weidman, Assistant United States Attorney, Chief, Civil Division, by Roger E. West, Assistant United States Attorney, First Assistant Chief, petitions this Court for an Order pursuant to § 1782 of Title 28 of the United States Code, in the form submitted, appointing Roger E. West, Assistant United States Attorney, First Assistant Chief, Civil Division, or his successor in office, as Commissioner and directing the taking of evidence from Debra Spitler who, it has been determined,

1

resides or can be found within the jurisdiction of this Court, pursuant to the terms and conditions set forth in the Letters Rogatory issued by the above-entitled court in Amsterdam, Netherlands, pertinent to the case <u>A.E.T. Europe B.V. v. Raak Technologies Inc.</u>, reference case number 424385 / HA ZA 09-1109.

Attached as Exhibit 1 is a copy of the Letters Rogatory from the court in Netherlands. The court in Netherlands is asking that the following evidence be obtained from Debra Spitler by means of a deposition. Notice will be given to the court in Netherlands of the date and time of the taking of evidence.

The only restrictions explicitly stated in 28 U.S.C. § 1782 are: (1) that the request be made by a foreign or international tribunal or any interested person; (2) that the testimony or material requested be for use in a proceeding in a foreign or international tribunal; and (3) that the person or entity from whom the discovery is sought is a resident of or can be found in the district where the application is filed. See <u>In Re Request for Judicial Assistance from the Seoul District Criminal Court, Seoul, Korea</u>, 555 F.2d 720, 723 (9th Cir. 1977); <u>United States v. Sealed 1, Letter of Request for Legal Assistance from the Deputy Prosecutor General of the Russian Federation</u>, 235 F.3d 1200, 1205 (9th Cir. 2000) (citing <u>Korea</u> at 555 F.2d at 723 that, "Under the statute the only restrictions explicitly stated are that the request be made by a foreign or international tribunal, and that the testimony or material requested be for use in a proceeding in such a tribunal"); <u>In Re Bayer AG</u>, 146 F.3d 188, 192 (3rd Cir. 1998).

All these three requirements are met in this case. First, the request was made by the Rechtbank Amsterdam Civil Bench in Netherlands, which is a foreign tribunal. Second, there is a proceeding in that court entitled, <u>A.E.T. Europe B.V. v. Raak Technologies Inc.</u>, reference case number 424385 / HA ZA 09-1109, and the evidence being sought is for use in that proceeding by that court. Finally, it has been determined that Debra Spitler resides or can be found within the jurisdiction of this Court.

Therefore, the United States respectfully requests the Court to sign the Order, being lodged under separate cover, appointing Roger E. West, Assistant United States Attorney, First Assistant Chief, Civil Division, or his successor in office, as Commissioner, and directing the taking of testimony from Debra Spitler, to enable the court in Netherlands to complete the proceedings before it.

DATED: This 15th day of June, 2015.

STEPHANIE YOKENURA<br>
Acting United States Attorney<br>
LEON W. WEIDMAN<br>
Assistant United States Attorney<br>
Chief, Civil Division<br>
<br>
/s/<br>
_____<br>
ROGER E. WEST<br>
Assistant United States Attorney<br>
First Assistant Chief, Civil Division<br>
Attorneys for the United States of America